JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN O'CONNOR,<br><br>        Plaintiff,<br><br>   vs.<br><br>PAYPAL, INC.,<br><br>        Defendant. | Case No.:  2:22-cv-06838-RGK-RAO<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(A)<br><br>[6] |

Having considered the Parties' stipulation for dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY ORDERED:

1. This entire action is dismissed with prejudice; and
2. Each of the Parties shall bear their own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: 1/12/2023

*/s/ Gary Klausner*
_____
Hon. R. Gary Klausner
U.S. District Court Judge